**DISMISSED and Opinion Filed February 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01414-CV

**PAULA MCCOY, Appellant**
**V.**
**FIESTA MART, L.L.C., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09073**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Evans
Opinion by Justice Evans

The clerk's record in this case is past due. By letter dated December 30, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record.[1] We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

---

[1] Although appellant indicated on her docketing sheet that a statement of inability to afford payment of court costs pursuant to rule of appellate procedure 20.1 was filed in this case, our records do not show appellant filed such a statement either in this Court or in the trial court.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/David Evans/
DAVID EVANS
JUSTICE

191414F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

PAULA MCCOY, Appellant

No. 05-19-01414-CV     V.

FIESTA MART, L.L.C., Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas

Trial Court Cause No. DC-18-09073.

Opinion delivered by Justice Evans. Justices Partida-Kipness and Nowell participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered February 13, 2020